UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael Schwartzberg, Esq. (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

Order Filed on November 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EHUD EZRA

Case No.: 21-132855

Adv. No.:

Hearing Date:

Judge: JKS

## ORDER VACATING PREVIOUS ORDER FOR STAY RELIEF ENTERED ON OCTOBER 12, 2023

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 30, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Ehud Ezra
Case No. 21-13285 JKS
Caption of Order: Order Vacating Previous Order for Stay Relief Entered on October 12, 2023

---

Upon the motion of Michael Schwartzberg, attorney for the debtor, and the Court having considered the moving papers, and there being no opposition to the motion, and for good cause shown; it is

**ORDERED** that the Court's previous Order Granting Stay Relief enter on October 12, 2023 (Docket# 59) is hereby vacated.