UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael Schwartzberg, Esq. (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

In Re:

EHUD EZRA

Case No.: 21-132855

Adv. No.:

Hearing Date:

Judge: JKS

Order Filed on November 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ORDER VACATING PREVIOUS ORDER FOR STAY RELIEF ENTERED
ON OCTOBER 12, 2023

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 30, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Ehud Ezra
Case No. 21-13285 JKS
Caption of Order: Order Vacating Previous Order for Stay Relief Entered on October 12, 2023

_____

Upon the motion of Michael Schwartzberg, attorney for the debtor, and the Court having considered the moving papers, and there being no opposition to the motion, and for good cause shown; it is

**ORDERED** that the Court's previous Order Granting Stay Relief enter on October 12, 2023 (Docket# 59) is hereby vacated.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13285-JKS |
| Ehud Ezra | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ehud Ezra, 65 Baldwin Place, Elizabeth, NJ 07208-1220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 02, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoit Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  kimwilson@raslg.com |
| Jenelle C Arnold | on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| John R. Morton, Jr. | on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 30, 2023 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael Schwartzberg
    on behalf of Debtor Ehud Ezra michael@jerseylaws.com

Shauna M Deluca
    on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com hllawpc@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9